# EXHIBIT B



| Case Information Summary for Case Number |
|---|
| 2021-CH-00047 |

Filing Date: 01/06/2021  Case Type: CLASS ACTION
Division: Chancery Division  District: First Municipal
Ad Damnum: $0.00  Calendar: 16

## Party Information

**Plaintiff(s)**

EDKE ANAND

**Attorney(s)**

WOLF HALDENSTEIN ADLER FR
55 W MONROE ST 1111
CHICAGO IL, 60603
(312) 984-0000

**Defendant(s)**  **Defendant Date of Service**  **Attorney(s)**

BELDEN, INC.

## Case Activity

Activity Date: 01/06/2021                      Participant: EDKE ANAND

CLASS ACTION COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50                      Attorney: WOLF HALDENSTEIN ADLER FR

Activity Date: 01/06/2021                      Participant: EDKE ANAND

CASE SET ON CASE MANAGEMENT CALL

Date: 05/06/2021                      Judge: ATKINS DAVID B
Court Time: 1030                      Attorney: WOLF HALDENSTEIN ADLER FR
Court Room: 2102

Activity Date: 01/07/2021                      Participant: EDKE ANAND

\*\*\*CERTIFY CLASS(SET FOR MOTION HEARING)

Attorney: WOLF HALDENSTEIN ADLER FR

Activity Date: 01/07/2021                      Participant: EDKE ANAND

SUMMONS ISSUED AND RETURNABLE

Attorney: WOLF HALDENSTEIN
ADLER FR

[Back to Top]

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.