# EXHIBIT C

Case: 1:21-cv-00813 Document #: 1-3 Filed: 02/12/21 Page 2 of 7 PageID #:68

📞 1-877-878-7810





# SOC Report Cost

🧮 Sample Pricing

Request Custom Quote

## SOC Gap Assessment

Starting at:

$ **15,000**

**Scope includes:**

Scoping

Project Management

Risk Assessment

Controls Identification

Testing and Analysis

Remediation Roadmap

 Get a Quote      Request Managed Security Demo   Talk to an Expert      Contact Us

## SOC Remediation

### Variable

**Scope includes:**

Remediation Planning

Prioritizing

Policy and Procedures

Project Management

Expert Advice

## SOC 1 / SOC 2 Type 1 Audit

Starting at:

### $20,000

**Scope includes:**

Scoping

Project Management

Testing and Analysis

Reporting

 Get a Quote     Request Managed Security Talk to an Expert    Contact Us

## SOC 1 / SOC 2 Type 2 Audit

Starting at:

$**30,000**

**Scope includes:**

Scoping

Project Management

Testing and Analysis

Reporting

## SOC Quote

Name *

Work Email *

example@example.com

Phone Number (optional)

Area Code - Phone Number

Request a Quote

$ Get a Quote | Request Managed Security Talk to an Expert | Contact Us

## What does a SOC Report cost?

One of the most frequently asked questions from small local businesses to large global enterprises is what does a SOC Report cost?

There are three primary cost components to the SOC Report:

### SOC Gap Assessments

Initial assessment to determine the scope and identify gaps

### SOC Remediation

Cost of technology, procedures, and resources to become compliant and close the gaps found in the Gap Assessment

### SOC Audit and Report

Recurring annual cost to audit the controls and provide the SOC report

The cost of a SOC report is dependent on the scope of the audit, the size of your organization, complexity of the processing, and maturity of the controls. The overall cost of a SOC Report is also influenced by the scope of the SOC testing environment, number of in-scope Trust Services Principles, size of the organization, number of locations and data centers, and the type of SOC report, either a Type 1 or Type 2. Experienced assessors such as TrustNet provide a cost-effective approach to meeting the SOC Report requirements without comprising information integrity. The cost for a typical SOC

$ Get a Quote |  Request Managed Security Data |  Talk to an Expert | Contact Us

a sound approach. With experienced assessors like TrustNet by your side, a successful SOC assessment will provide long-term value to your organization. For nearly two decades TrustNet has provided cost effective SOC report services to hundreds of organizations, across all industries and around the world.

## Our Clients



Get a Quote      Request Managed Security Talk to an Expert      Contact Us

Copyright © 2020 TrustNet. All Rights Reserved. | Terms of Use | Privacy | SOC as a Service | SOC 2 Compliance Checklist | CMMC